**Motion Granted; Appeal Dismissed; Judgment filed January 10, 2013, Vacated; and Supplemental Memorandum Opinion filed February 12, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00832-CV

**NABILCO INC. AND D. HOUSTON, INC. D/B/A TREASURES, Appellants**

**V.**

**THE STATE OF TEXAS AND THE CITY OF HOUSTON, Appellees**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-28683**

## S U P P L E M E N T A L   M E M O R A N D U M   O P I N I O N

On January 10, 2013, this court issued its memorandum opinion and judgment affirming a temporary injunction signed October 12, 2012. On February 1, 2013, appellants filed an amended motion to dismiss the appeal as moot because the underlying case has settled. *See* Tex. R. App. P. 42.1(a). We **GRANT** the motion. This court's judgment filed January 10, 2013, is **VACATED.** Our opinion filed January 10, 2013, is not withdrawn, however. *See* Tex. R. App. P. 42.1(c).

The appeal is ordered **DISMISSED.**

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.